IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:96CR3058 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| HENRY R. VALDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against Henry R. Valdez, providing that he shall take nothing and his Motion to Vacate Under 28 U.S.C. § 2255 (Filing No. 113) is denied and dismissed with prejudice. No certificate of appealability will be issued by the undersigned.

DATED this 11th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge