IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HENRY R. VALDEZ,<br><br>　　　　　　　　Defendant. | 4:96CR3058<br><br>ORDER |

　　As requested in the defendant's unopposed motion for release, (Filing No. 147), which is hereby granted,

　　IT IS ORDERED that Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

　　a.　　Defendant is released to live in his home and he shall return to his employment if possible. Defense counsel shall arrange Defendant's transportation from detention, and she shall advise the Marshal of those arrangements.

　　b.　　Promptly after release, Defendant must obtain a substance abuse evaluation. If deemed appropriate by the supervising officer, Defendant shall also promptly obtain a mental health evaluation.

　　c.　　Defendant shall fully participate in any substance abuse and/or mental health treatment program recommended by the evaluation(s) and the programming placement approved his supervising officer.

August 10, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge