IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>HENRY R. VALDEZ,<br><br>            Defendant. | 4:96-CR-3058<br><br>ORDER |

IT IS ORDERED:

1. The government's motion to dismiss (filing 154) is granted.

2. The petition for offender under supervision (filing 139) is dismissed.

3. The April 28, 2023 hearing is cancelled.

Dated this 25th day of April, 2023.

BY THE COURT:

_John M. Gerrard_ (signature)
John M. Gerrard
Senior United States District Judge